USAO#:2021R00130

RECEIVED
By Lorraine McNerney at 4:56 pm, Feb 11, 2021

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| | : | Crim. No. 21- 142 (SDW) |
| v. | : | |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| TARIG LOVE | : | |
| | : | |
| | : | |

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about July 28, 2020, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

### TARIG LOVE,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, namely a SCCY, 9mm Luger caliber, semiautomatic pistol, bearing serial number 595456, and seven rounds of 9mm ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), as set forth in this Indictment, the defendant,

**TARIG LOVE,**

shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, including, but not limited to a SCCY, 9mm Luger caliber, semiautomatic pistol, bearing serial number 595456, and seven rounds of 9mm ammunition.

.

A TRUE BILL

███████████████

*Rachael A. Honig*
RACHAEL A. HONIG
Acting United States Attorney

2

CRIMINAL NO.: 21-142 (SDW)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

TARIG LOVE

## INDICTMENT FOR
18 U.S.C. § 922(g)(1)

A True Bill,



Foreperson

**RACHAEL A. HONIG**
*ACTING UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

OLAJIDE A. ARAROMI
*ASSISTANT U.S. ATTORNEY*
*973-297-4363*